UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

x------------------------------------------------------------------x
RONARD LORA and HUGO RIVERA, Individually
and on behalf of all others similarly situated,

      Plaintiffs,

     -v-

J.V. CAR WASH, LTD., BROADWAY HAND CARWASH,
CORP. WEBSTER HAND CARWASH CORP., HARLEM
HAND CAR WASH INC., BAYWAY HAND CAR WASH
CORP., JOSE VASQUEZ, SATURNINO VARGAS, JOSE
JIMENEZ, RAMON PEREZ, DOMINGO "DOE", ADOLFO
"DOE" AND JOHN DOES 1-10,

      Defendants.
x------------------------------------------------------------------x

**ANSWER AND AFFIRMATIVE DEFENSES**

Civil Action No.: 11 Civ. 9010

Defendants, by their attorney, Paul E. Kerson, Esq. of the Law Offices of Leavitt, Kerson & Duane, Esqs., as and for their Answer and Affirmative Defenses state as follows:

## ANSWER

1. Defendants deny paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15, 20, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 111, 112, 115, 118,  120, 121, 123, 124, 125, 126, 127, 129, 130, 136, 137, 138, 139, 140, 141, 142, 151, 152, 153, 154, 155, 159, 160, 161, 162, 163, 164, 165, 166, 169, 170, 171, 172, 173, 176, 177, 178, 179, 180, 190, 192, 193, 194, 197, 198, 199, 200 and 201 of the complaint.

2. Defendants admit paragraphs 13, 14, 16, 17, 18, 19 and 21 of the complaint.

3. Defendants deny information sufficient to form a belief as to the truth of paragraphs 113, 114, 116, 117, 119, 122, 131, 132, 133, 134, 135, 144, 145, 146, 147, 148, 149, 150, 157, 158, 168, 175, 182, 183, 184, 185, 186, 187, 188, 189, 191 and 196 of the complaint.

4. In paragraphs 110, 128, 143, 156, 167, 174, 181 and 195, plaintiffs repeat and reallege certain allegations. For their Answers to these allegations, defendants respectfully refer the Court to their Answers above.

## AFFIRMATIVE DEFENSES

5. The Fair Labor Standards Act (FLSA) 29 U.S.C. Section 216 (b) provides that " No employee shall be a party plaintiff to any such action unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought". Plaintiffs herein have filed some of said consents pursuant to 29 U.S.C. Section 216 (b), but have not filed all of said consents.

6. Defendants have made every effort to comply with the FLSA, the New York State Labor Law and the New Jersey State Labor Law. Defendants are enterprising individuals and corporations who have labored diligently to provide well-paying jobs in the New York- New Jersey Metropolitan Community.

7. Defendants have made great efforts to build their businesses from scratch, and have added numerous jobs to the local economy.

## JURY DEMAND

8. Defendants demand a jury trial pursuant to the Federal Rules of Civil Procedure, Rule 38.

WHEREFORE, defendants demand judgment dismissing the Complaint in its entirety, together with the costs, disbursements, and attorneys' fees in this action.

_____

PAUL E. KERSON, ESQ. (PEK-8789)
Leavitt, Kerson & Duane
Attorney for Defendants
228 E. 45th Street, 17th floor
New York, NY  10017
(212) 973-9339

Dated: February 24, 2012
          New York, NY

Civil Action No.: 11 Civ. 9010
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONARD LORA and HUGO RIVERA, Individually
and on behalf of all others similarly situated,

Plaintiffs,

-against-

J.V. CAR WASH, LTD., BROADWAY HAND CARWASH,
CORP. WEBSTER HAND CARWASH CORP., HARLEM
HAND CAR WASH INC., BAYWAY HAND CAR WASH
CORP., JOSE VASQUEZ, SATURNINO VARGAS, JOSE
JIMENEZ, RAMON PEREZ, DOMINGO "DOE", ADOLFO
"DOE" AND JOHN DOES 1-10,

Defendants

ANSWER AND AFFIRMATIVE DEFENSES

**LEAVITT, KERSON & DUANE**
Attorneys for Defendants
228 E. 45th St., 17th Floor
New York, NY  10017
(212) 973-9339
Fax (212) 973-9494

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certified that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: _____     Signature: _____

Print Signer's Name _____

*Service of a copy of the within*             *is hereby admitted.*

Dated:             ...................................................................
Attorney(s) for

PLEASE TAKE NOTICE

| | | |
|---|---|---|
| ☐ | Notice of<br>Entry | that the within is a (certified) true copy of a<br>entered in the office of the clerk of the within Court on |
| ☐ | Notice of<br>Settlement | that an       of which the within is a true copy will be<br>presented for settlement to the Hon.    one of the Judges    of the<br>within named Court, at     on   , 20  at 9:30   a.m. |

LEAVITT, KERSON & DUANE
Attorneys for Defendants
228 E. 45th St., 17th Floor
New York, NY 10017
(212) 973-9339

To: