UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x------------------------------------------------------------x
RONARD LORA, and HUGO RIVERA, individually
and on behalf of all others similarly situated,

                 Plaintiffs,

**NOTICE OF TAKING OF
DEPOSITION OF PLAINTIFFS
WITH NOTICE TO PRODUCE
DOCUMENTS**

Docket No.: 11 CV 9010 (LLS)

J.V. CAR WASH, LTD., BROADWAY HAND
CAR WASH CORP., WEBSTER HAND
CAR WASH CORP., HARLEM HAND
CAR WASH INC., BAYWAY HAND
CAR WASH CORP., JOSE VASQUEZ
SATURNINO VARGAS, JOSE JIMENEZ,
RAMON PEREZ, DOMINGO "DOE",
ADOLFO "DOE" AND JOHN "DOE" 1-10,

                 Defendants.
x------------------------------------------------------------x

To: RONARD LORA, HUGO RIVERA, BRAULIO FLORES MALAMOROS, DENIS RENE
   BARAHUNA, EDUARDO LORA, GIOVANNI PAULINO, JOSE RODRIGUEZ, MARCO
   ANTONIO DIAZ, MARGARITO GALLARDO, MELVIN LORA, RAMON M. ALVAREZ,
   ROBERTICO PEREZ, JOSE ANTOINIO PICHARDO, JOSE RODRIGUEZ-TINEO,
   MICHEL RODRIGUEZ, FRANCISCO L. QUERRERO, ROJAS CORONA VALERIO, and
   RAMIRO RODRIGUEZ

      PLEASE TAKE NOTICE that defendants will take  testimony, upon oral examination of

plaintiffs, RONARD LORA, HUGO RIVERA, BRAULIO FLORES MATAMOROS, DENIS RENE

BARAHUNA, EDUARDO LORA, GIOVANNI PAULINO, JOSE RODRIGUEZ, MARCO

ANTONIO DIAZ, MARGARITO GALLARDO, MELVIN LORA, RAMON M. ALVAREZ,

ROBERTICO PEREZ, JOSE ANTOINIO PICHARDO, JOSE RODRIGUEZ-TINEO,

MICHEL RODRIGUEZ, FRANCISCO L. QUERRERO, ROJAS CORONA VALERIO,

RAMIRO RODRIGUEZ MICHEL RODRIGUEZ, FRANCISCO L. QUERRERO, ROJAS

CORONA VALERIO, and RAMIRO RODRIGUEZ  whose address is c/o Arenson, Dittmar &

Karban, 295 Madison Avenue, Suite 700, New York NY 10017, on July 24, 2012 at 10 o'clock in

the forenoon of that day before a Notary Public in and for the State of New York at the Law Offices

of Leavitt, Kerson & Duane, at 228 E. 45th Street, 17th floor, New York NY 10017.

Defendants hereby request plaintiffs RONARD LORA, HUGO RIVERA, BRAULIO

FLORES MATAMOROS, DENIS RENE BARAHONA, EDUARDO LORA, GIOVANNI

PAULINO, JOSE RODRIGUEZ, MARCO ANTONIO DIAZ, MARGARITO GALLARDO,

MELVIN LORA, RAMON M. ALVAREZ, ROBERTICO PEREZ, MICHEL RODRIGUEZ,

FRANCISCO L. QUERRERO, ROJAS CORONA VALERIO, and RAMIRO RODRIGUEZ to

appear for this oral examination at the above time and place and requests plaintiffs RONARD

LORA, HUGO RIVERA, BRAULIO FLORES MATAMOROS, DENIS RENE BARAHONA,

EDUARDO LORA, GIOVANNI PAULINO, JOSE RODRIGUEZ, MARCO ANTONIO DIAZ,

MARGARITO GALLARDO, MELVIN LORA, RAMON M. ALVAREZ, ROBERTICO PEREZ,

MICHEL RODRIGUEZ, FRANCISCO L. QUERRERO, ROJAS CORONA VALERIO, RAMIRO

RODRIGUEZ to produce and to permit defendants to copy and inspect at the oral examination at

the above time and place each of the following documents: the drivers' license, Social Security Card

from the U.S. Social Security Administration, "Green card" concerning immigration status from the

U.S. Department of Homeland Security or successor or predecessor government agency, pay stubs

from any or all of the defendants, and U.S. and NY and/or NJ Income Tax Returns for each and

every one of the above-named plaintiffs and any and all documents reflecting employment by each

and every one of the above-named plaintiffs with any or all of the defendants.

You are invited to attend and cross-examine.

Dated: July 2, 2012
    New York, NY

PAUL E. KERSON
Leavitt, Kerson & Duane
Attorneys for Defendants
228 E. 45th Street, 17th floor
New York, NY 1 0017
(212) 973-9339

STATE OF NEW YORK, COUNTY OF                                        ss.:

I, the undersigned, am an attorney admitted to practice in the courts of New York, and

☐ **Certification By Attorney** certify that the annexed
has been compared by me with the original and found to be a true and complete copy thereof.

☐ **Attorney's Affirmation** say that: I am the attorney of record, or of counsel with the attorney(s) of record for,
, I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated
to be alleged on information and belief, and as to those matters, I believe them to be true.  My belief, as to those
matters therein not stated upon knowledge, is based upon the following:

The reason I make this affirmation instead of                          Is

I affirm that the foregoing statements are true under penalty of perjury.
Dated:
....................................................................................
(Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF                          ss.:

☐ **Individual Verification** being duly sworn says: I am the
in the action herein: I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated
to be alleged on information and belief, and as to those matters, I believe them to be true.
the

☐ **Corporate Verification** Of
a corporation, one of the parties to the action: I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated
to be alleged on information and belief, and as to those matters, I believe them to be true.
My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on          , 20
....................................................................................          ....................................................................................
(Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF NEW YORK                  ss.:

MAZEL YAKUBOV,  being duly sworn says: I am not a party to the action, am over 18 years of age and
reside at  Queens County.

On July 2, 2012,  I served a true copy of the annexed NOTICE OF TAKING OF DEPOSITION OF PLAINTIFFS WITH NOTICE TO
PRODUCE DOCUMENTS

in the following manner:

☒ **Service By Mail** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository
of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s)
as indicated below:

☐ **Personal Service on Individual** by delivering the same personally to the persons and at the addresses indicated below:

☒ **Service by Electronic Means** by transmitting the same to the attorney by electronic means to the telephone number or other station or other
limitation designated by the attorney for that purpose.  In doing so I received a signal from the equipment of the
attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed
envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within
the State of New York, addressed to the last known address of the addressee(s) as indicated below:

☐ **Overnight Delivery Service** by depositing the same with an overnight delivery service in a wrapper properly addressed.  Said delivery was
made prior to the latest time designated by the overnight delivery service for overnight delivery.  The address
and delivery service are indicated below:

Steven Arenson, Esq.
Laura E. Longobardi, Esq.
Arenson, Dittmar & Karban
Attorney For Plaintiffs
295 Madison Avenue, Suite 700
New York, NY 10017

VIA ECF, FAX (212) 490-7102 & U.S. MAIL

Sworn to before me on July 2, 2012
....................................................................................
PAUL E. KERSON
Notary Public, State of New York
02 ke. No. 4643475
Qualified in Westchester County
Commission Expires  11-30-13

....................................................................................
MAZEL YAKUBOV

Docket No.: 11 Civ. 9010 (LLS)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RONARD LORA and HUGO RIVERA, Individually
and on behalf of all others similarly situated,

                    Plaintiffs,

      -against-

J.V. CAR WASH, LTD., BROADWAY HAND CARWASH,
CORP. WEBSTER HAND CARWASH CORP., HARLEM
HAND CAR WASH INC., BAYWAY HAND CAR WASH
CORP., JOSE VASQUEZ, SATURNINO VARGAS, JOSE
JIMENEZ, RAMON PEREZ, DOMINGO "DOE", ADOLFO
"DOE" AND JOHN DOES 1-10,

                    Defendants
_____

## NOTICE OF TAKING OF DEPOSITION OF PLAINTIFFS
## WITH NOTICE TO PRODUCE DOCUMENTS
_____

### LEAVITT, KERSON & DUANE
Attorneys for Defendants
228 E. 45th St., 17th Floor
New York, NY 10017
(212) 973-9339
Fax (212) 973-9494
_____

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certified that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: _____     Signature: _____

                           Print Signer's Name
_____

*Service of a copy of the within*                *is hereby admitted.*

Dated:                  .................................................................

                       Attorney(s) for
_____

PLEASE TAKE NOTICE

☐ **Notice of Entry**    that the within is a (certified) true copy of a
                   entered in the office of the clerk of the within Court on

☐ **Notice of Settlement**    that an            of which the within is a true copy will be
                   presented for settlement to the Hon.        one of the Judges    of the
                   within named Court, at        on     , 20   at 9:30    a.m.

                    LEAVITT, KERSON & DUANE
                    Attorneys for Defendants
                    228 E. 45th St., 17th Floor
                    New York, NY 10017
                    (212) 973-9339

To: