ORIGINAL

# LEAVITT, KERSON & DUANE
### ATTORNEYS AND COUNSELLORS AT LAW

PAUL E. KERSON
MARC CRAWFORD LEAVITT
JOHN F. DUANE

BENJAMIN M. SHAW
(1912-2002)

228 EAST 45TH STREET
17TH FLOOR
NEW YORK, NEW YORK 10017
(212) 973-9339
FAX (212) 973-9304

JOSEPH N. YAMANER
WAYNE GREENWALD
IRA R. GREENBERG
MANUEL HERMAN
LEONARD M. HERMAN
ERIC TURKEWITZ
ALEXANDRA MISHAIL
ISAAC ABRAHAM
COUNSEL

ADDITIONAL OFFICES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12·5·12

Via FedEx

December 3, 2012

RECEIVED IN CHAMBERS
OF LOUIS L. STANTON

DEC 04 2012

UNITED STATES DISTRICT JUDGE

Judge Louis L. Stanton
U.S. District Court
Southern District of New York
500 Pearl Street, Rm. 2250
New York, NY 10007

Re: Ronard Lora, et al. v. J.V. Car Wash, Ltd., et al.
Docket No.: 11- CV- 9010 (LLS)

Dear Judge Stanton:

We represent the defendants in connection with the above named case.

The counsel for the plaintiffs filed a letter-motion dated November 9, 2012 seeking certain relief.

Since that time, we have been in settlement discussions with counsel for the plaintiff. We have tentatively agreed to explore the potential for mediation through JAMS (Judicial Arbitration and Mediation Services).

I have discussed this proposal with my clients and they are in agreement. Counsel for the plaintiff is in the process of consulting their 18 clients concerning this proposal.

Accordingly, I would respectfully request that our time to Answer the November 9, 2012 letter-motion be extended for an additional week until December 12, 2012.

I have spoken with plaintiffs' counsel and they are in agreement with this request.

Your Honor's attention to this case is greatly appreciated.

Best regards.

Sincerely yours,

Paul E. Kerson

PEK:my

*So ordered
Louis L Stanton
12/4/12*

cc: Laura E. Longobardi, Esq., Attorney for Plaintiff
 (Via Fax: (212) 490-7102)

Jerry Chrisafis, Esq., Co-counsel for Defendants
(Via Fax: (718) 721-7981)

Mr. Jose Vazquez, Defendant