# ORIGINAL LEAVITT, KERSON & DUANE
### ATTORNEYS AND COUNSELLORS AT LAW

PAUL E. KERSON
MARC CRAWFORD LEAVITT
JOHN F. DUANE

BENJAMIN M. SHAW
(1912-2002)

228 EAST 45TH STREET
17TH FLOOR
NEW YORK, NEW YORK 10017
(212) 973-9339
FAX (212) 973-9494

Via FedEx

JOSEPH N. YAMANER
WAYNE GREENWALD
IRA R. GREENBERG
MANUEL HERMAN
LEONARD M. HERMAN
ERIC TURKEWITZ
ALEXANDRA MISHAIL
ISAAC ABRAHAM
COUNSEL

ADDITIONAL OFFICES
FOREST HILLS, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-12

December 12, 2012

Judge Louis L. Stanton
U.S. District Court
Southern District of New York
500 Pearl Street, Rm. 2250
New York, NY 10007

RECEIVED IN CHAMBERS
OF LOUIS L. STANTON
DEC 14 2012
UNITED STATES DISTRICT JUDGE

Re: Ronard Lora, et al. v. J.V. Car Wash, Ltd., et al.
Docket No.: 11- CV- 9010 (LLS)

Dear Judge Stanton:

We represent the defendants in connection with the above named case.

We have agreed with counsel for the plaintiffs to Mediation through JAMS (Judicial Arbitration and Mediation Services).

Thus, we respectfully request an adjournment without date of the currently pending letter-motion. We will again write to Your Honor to report the results of the Mediation. We are hopeful that the Mediation can be conducted in January.

Your Honor's attention to this case is greatly appreciated.

Best regards.

Sincerely yours,

Paul E. Kerson

PEK:my

cc: Laura E. Longobardi, Esq., Attorney for Plaintiff
(Via Fax: (212) 490-7102)

Jerry Chrisafis, Esq., Co-counsel for Defendants
(Via Fax: (718) 721-7981)

Mr. Jose Vazquez, Defendant

*Handwritten order:* Pending court actions are stayed until further order. Counsel are to advise in writing monthly on the progress of the mediation. So Ordered.

Louis L. Stanton
12/17/12