Case 1:11-cv-09010-LLS   Document 54   Filed 05/03/13   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/13

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

RONARD LORA, HUGO RIVERA, MARCO
ANTONIO DIAZ, MELVIN LORA, EDUARDO
LORA, GIOVANNI PAULINO, JOSE
RODRIGUEZ, and JOSE RODOLFO
RODRIGUEZ-TINEO, individually and on
behalf of others similarly situated,

                    Plaintiffs,           11 Civ. 9010 (LLS)

          - against -                     ORDER

J.V. CARWASH, LTD., BORADWAY HAND
CARWASH CORP., WEBSTER HAND CAR WASH
CORP., HARLEM HAND CAR WASH CORP.,
BAYWAY HAND CAR WASH CORP., JOSE
VAZQUEZ, SATURINO VARGAS, JOSE
JIMENEZ, RAMON PEREZ, DOMINGO "DOE"
ADOLFO FEDERUS, originally sued as
ADOLFO "DOE," and JOHN DOES 1-10,

                    Defendants.
----------------------------------------X
```

Counsel having appeared before me today and having agreed to the following provisions, it is ORDERED that

(1) On or before July 15, 2013, Plaintiffs shall submit to Defendants a draft pre-trial order; and

(2) On or before July 31, 2013, at noon, the parties shall submit to chambers a joint pre-trial order, proposed voir dire questions, proposed jury charges, trial briefs and proposed verdict forms; and

(3) A jury trial will begin on Monday, August 5, 2013 at 10:30 A.M.

No extensions of these deadlines will be allowed except upon a showing of good cause not foreseeable at the date of this order.

Failure to comply with the terms of this order may constitute grounds for denial of requested relief, dismissal of the action or of defenses, the entry of judgment by default, or such other actions as may be just in the circumstances.

So ordered.

Dated: New York, New York
       May 3, 2013

                                            */s/ Louis L. Stanton*
                                            LOUIS L. STANTON
                                                U.S.D.J.