UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/13
```

LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

June 12, 2013

Laura Longobardi, Esq.
Steven Arenson, Esq.
Arenson Dittmar & Karban
295 Madison Avenue, Suite 700
New York, NY 10017

Paul Kerson, Esq.
Leavitt, Kerson & Duane
99 Park Avenue, Ste. 800
New York, NY 10016

Re:   Lora et al v. J.V. Car Wash, Ltd. et al, 11 Civ. 9010 (LLS)

Dear Counsel,

I have received and considered the letters, dated June 11, 2013, and their enclosures, with respect to the discharge of Mr. Kerson.

Under Local Civil Rule 1.4, when a lawyer has appeared in a case in this Court, his responsibilities continue until he is relieved of them by the Court. I am not aware of any such application by Mr. Kerson, and I expect him to continue to discharge his responsibility to his clients and the Court until the Court has relieved him of them.

Yours sincerely,

*Louis L. Stanton*

Louis L. Stanton