UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONARD LORA, HUGO RIVERA, MARCO ANTONIO DIAZ, MELVIN LORA, EDUARDO LORA, GIOVANNI PAULINO, JOSE RODRIGUEZ, and JOSE RODOLFO RODRIGUEZ-TINEO, Individually and on behalf of all others similarly Situated, <br><br> Plaintiffs, <br><br> -against- <br><br> J.V. CAR WASH, LTD., BROADWAY HAND CAR WASH CORP., WEBSTER HAND CAR WASH CORP., HARLEM HAND CAR WASH INC., BAYWAY HAND CAR WASH CORP., JOSE VAZQUEZ, SATURNINO VARGAS, JOSE JIMENEZ, RAMON PEREZ, DOMINGO "DOE." ADOLFO FEDERUS, originally sued as ADOLFO "DOE," and JOHN DOES 1-10 <br><br> Defendants | Hon. Louis L. Stanton <br><br> Case No.: 11-CV-9010 (LLS) |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD AND STAY PROCEEDING

PLEASE TAKE NOTICE that, upon the annexed Affirmation of Paul E. Kerson, Esq., in support of Motion to Withdraw as Counsel and Stay Proceedings, dated June 14, 2013, and upon the annexed letter of defendant, **JOSE VAZQUEZ**, dated June 7, 2013, and the Affidavit of **JOSE VAZQUEZ**, duly sworn to on the 14th day of June, 2013, Attorney of Record, Paul E. Kerson, Esq. will move this Court, Honorable Louis L. Stanton presiding, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date to be set by the Court for an Order to Withdraw as counsel of record on behalf of all Defendants

1

and to stay this action for sixty (60) days to allow defendants to adequately prepare for trial and replace counsel pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the discretion of the Court, and for such further relief the Court deems just and appropriate under the circumstances.

Dated: June 14, 2013
      New York, New York

Respectfully Submitted,

_____
PAUL E. KERSON, ESQ.
Leavitt & Kerson, Esqs.
*Attorneys for Defendants*
228 E. 45th Street, 17th Floor
New York, NY 10017
Tel. (212) 973-9339

2