UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONARD LORA, HUGO RIVERA, MARCO ANTONIO DIAZ, MELVIN LORA, EDUARDO LORA, GIOVANNI PAULINO, JOSE RODRIGUEZ, and JOSE RODOLFO RODRIGUEZ-TINEO, Individually and on behalf of all others similarly Situated, )<br><br>Plaintiffs, )<br><br>-against- )<br><br>J.V. CAR WASH, LTD., BROADWAY HAND CAR WASH CORP., WEBSTER HAND CAR WASH CORP., HARLEM HAND CAR WASH INC., BAYWAY HAND CAR WASH CORP., JOSE VAZQUEZ, SATURNINO VARGAS, JOSE JIMENEZ, RAMON PEREZ, DOMINGO "DOE." ADOLFO FEDERUS, originally sued as ADOLFO "DOE," and JOHN DOES 1-10 )<br><br>Defendants ) | Hon. Louis L. Stanton<br><br>Case No.: 11-CV-9010 (LLS) |

## CERTIFICATE OF SERVICE

I certify that on June 17, 2013, I arranged for the electronic filing of the foregoing Notice of Motion, Declaration of Paul E. Kerson, and Affidavit of Jose Vazquez, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

lelongobardi_adk@msn.com

saseeksi@aol.com

/s/Paul E. Kerson
PAUL E. KERSON, ESQ.
Leavitt & Kerson, Esqs.
*Attorneys for Plaintiff*
228 E. 45th Street, 17th Floor
New York, NY 10017
Tel. (212) 973-9339