ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

RONARD LORA, HUGO RIVERA, MARCO
ANTONIO DIAZ, MELVIN LORA, EDUARDO
LORA, GIOVANNI PAULINO, JOSE
RODRIGUEZ, and JOSE RODOLFO
RODRIGUEZ-TINEO, individually and on
behalf of others similarly situated,

                       Plaintiffs,          11 Civ. 9010 (LLS)

          - against -                       ORDER

J.V. CARWASH, LTD., BORADWAY HAND
CARWASH CORP., WEBSTER HAND CAR WASH
CORP., HARLEM HAND CAR WASH CORP.,
BAYWAY HAND CAR WASH CORP., JOSE
VAZQUEZ, SATURINO VARGAS, JOSE
JIMENEZ, RAMON PEREZ, DOMINGO "DOE"
ADOLFO FEDERUS, originally sued as
ADOLFO "DOE," and JOHN DOES 1-10,

                       Defendants.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/13

Counsel for defendants having informed me that an adjournment of trial to "September 9, 2013, or any reasonable date thereafter" will allow the defendants adequate time to obtain new representation, and the plaintiffs having consented to the following provisions, it is ORDERED that the May 3, 2013 scheduling order, and my ruling during the July 3, 2013 conference setting interim dates for the exchange of pre-trial order materials, are vacated and amended to the following extent:

(1) On or before August 19, 2013, plaintiffs shall submit

to defendants a draft pre-trial order;

(2) On or before August 30, 2013, the defendants shall respond to plaintiffs' draft pre-trial order in accordance with Rule 3(A)(2) of my individual practices;

(3) On or before September 4, 2013, at noon, the parties shall submit to chambers a joint pre-trial order, proposed voir dire questions, proposed jury charges, trial briefs and proposed verdict forms; and

(4) A jury trial will begin on Monday, September 9, 2013 at 10:30 A.M.

No extensions of these deadlines will be allowed except upon a showing of good cause not foreseeable at the date of this order.

Failure to comply with the terms of this order may constitute grounds for denial of requested relief, dismissal of the action or of defenses, the entry of judgment by default, or such other actions as may be just in the circumstances.

So ordered.

Dated: New York, New York
       July 12, 2013

_____
Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.