UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

x----------------------------------------------------------------x

RONARD LORA, et. al

Docket No.: 11 Civ. 9010 (LLS)

Plaintiffs,

**CONSENT TO**
**CHANGE ATTORNEY**

-against-

J.V. CAR WASH, LTD., et. al.

Defendants,

x----------------------------------------------------------------x

    IT IS HEREBY CONSENTED that Louis J. Maione, Esq. be substituted as attorney of record for the defendants in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

Dated:  July **22**, 2013
        New York, NY

Louis J. Maione, Esq.
Incoming Attorney for Defendants

Paul E. Kerson, Esq.
Leavitt & Kerson
Out-Going Attorneys for Defendants

JOSE VAZQUEZ, Individually and on behalf of all
Defendants

STATE OF ~~NEW YORK~~ New Jersey )
COUNTY OF ~~NEW YORK~~ Middlesex ) ss.:

    On the 20 day of July, 2013,before me personally came JOSE VAZQUEZ, Defendant to me known and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executes the same.

Notary Public

ROBERT L LIAO
Notary Public
State of New Jersey
My Commission Expires Jan 25, 2016