# EXHIBIT A

**NYS-45-ATT** (2/13) **Quarterly Combined Withholding, Wage Reporting And Unemployment Insurance Return–Attachment**

61320819

Withholding identification number: 599321

Employer legal name: J.V. CAR WASH, LTD.

Mark an X in the applicable box(es):
A. Original **X**   or   Amended return

| Jan 1 – Mar 31 | Apr 1 – Jun 30 | July 1 – Sep 30 | Oct 1 – Dec 31 | Year |
|---|---|---|---|---|
| 1 | **X** 2 | 3 | 4 | 13 YY |

B. Other wages only reported on this page. . . . . . .
C. Seasonal employer. . . . . . . . . . . . . . . . . . . . . . .

**Annual wage and withholding totals**
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

**Quarterly employee/payee wage reporting information**
(Do not enter negative numbers in columns c, d, and e; see instructions)

| a Social security number | b Last name, first name, middle initial | c Total UI remuneration paid this quarter | d Gross federal wages or distribution (see instr.) | e Total NYS, NYC, and Yonkers tax withheld |
|---|---|---|---|---|
| | FRANCISCO, HILARIO | 3770.00 | | |
| | MALDONADO, FRANCISCO | 3770.00 | | |
| | SANCHEZ, OFELIA | 3770.00 | | |
| | URENA, MARCOS | 3770.00 | | |
| | URENA, MARTIN | 1885.00 | | |
| | VARGAS, LUIS A | 3770.00 | | |
| | VARGAS, SATURNINO | 3770.00 | | |
| | VAZQUEZ, ANDRES | 3770.00 | | |
| | VAZQUEZ, JOSE | 6500.00 | | |

Page No. 1 of 1   **Total this page only** . . . . . .   34775.00
If first page, enter grand totals of all pages . . . . . . . . . . . . . . . . . . . . .   34775.00

| Contact information (see instructions) | Name JOANN HEINRICH | Daytime telephone number 914-949-2990 |
|---|---|---|

For office use only
Postmark            Received date

Mail to: **NYS EMPLOYMENT CONTRIBUTIONS AND TAXES**
PO BOX 4119
BINGHAMTON NY 13902-4119

AMS

3   NYSATT1   NTF 2577910   Copyright 2013 Greatland/Nelco – Forms Software Only

## FUTA/SUTA Summary for all Quarters in 2013

| 07/17/2013 | | Rpt A,1   Page   1 | | | | 13:16:18 |
|---|---|---|---|---|---|---|

Payer: J.V.CAR WASH,LTD.                             State: NY

| Employee Name | Hours Worked | Total Wages | SUTA Taxable | SUTA Exempt | FUTA Taxable | FUTA Exempt |
|---|---|---|---|---|---|---|
| FRANCISCO, HILA | 0.00 | 7540.00 | 7540.00 | 0.00 | 7000.00 | 540.00 |
| MALDONADO, FRAN | 0.00 | 7540.00 | 7540.00 | 0.00 | 7000.00 | 540.00 |
| SANCHEZ, OFELIA | 0.00 | 7540.00 | 7540.00 | 0.00 | 7000.00 | 540.00 |
| URENA, MARCOS | 0.00 | 7540.00 | 7540.00 | 0.00 | 7000.00 | 540.00 |
| URENA, MARTIN | 0.00 | 3770.00 | 3770.00 | 0.00 | 3770.00 | 0.00 |
| VARGAS, LUIS AL | 0.00 | 7540.00 | 7540.00 | 0.00 | 7000.00 | 540.00 |
| VARGAS, SATURNI | 0.00 | 7540.00 | 7540.00 | 0.00 | 7000.00 | 540.00 |
| VAZQUEZ, ANDRES | 0.00 | 7540.00 | 7540.00 | 0.00 | 7000.00 | 540.00 |
| VAZQUEZ, JOSE | 0.00 | 13000.00 | 8500.00 | 4500.00 | 7000.00 | 6000.00 |
| Total     9 | 0.00 | 69550.00 | 65050.00 | 4500.00 | 59770.00 | 9780.00 |

## JV

Francisco Hilario ———— 40 horas
Maldonado Francisco —— 40
Martin Ureña ————— 20
Marcos Ureña ————— 40
Vargas Luis A. ————— 40
Vargas Paturnino ———— 40
Vazquez Andres ———— 40
Vazquez Joe ————— 40
Sanchez Ofelia ————— 40

## Helen

Clemente Diaz ————— 40
Corniel Richard ———— 20
De Leon Julian ———— 40
Fedrich Adolfo ———— 40
Francisco Lorenzo ——— 40
Reyes Francisco ———— 40
Rodriguez Gomez ———— 40
Rodriguez Victor ———— 40
Ureña Miguelito ———— 40
Vazquez Joe ————— 40

| NYS-45-ATT (8/11) | Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return–Attachment |  61220812 |

Withholding identification number:

Employer legal name:
J.V.CAR WASH,LTD.

Mark an X in the applicable box(es):

A. Original  X  or  Amended return

| Jan 1 – Mar 31 | Apr 1 – Jun 30 | July 1 – Sep 30 | Oct 1 – Dec 31 | Tax year |
|---|---|---|---|---|
| 1 | 2 | 3  X | 4 | 12 Y Y |

B. Other wages only reported on this page......

C. Seasonal employer......

**Annual wage and withholding totals**
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

### Quarterly employee/payee wage reporting information
(Do not enter negative numbers in columns c, d, and e; see instructions)

| a Social security number | b Last name, first name, middle initial | c Total UI remuneration paid this quarter | d Gross federal wages or distribution (see instr.) | e Total NYS, NYC, and Yonkers tax withheld |
|---|---|---|---|---|
|  | FRANCISCO ROMAN, LUIS | 1885.00 | | |
|  | FRANCISCO, HILARIO | 1885.00 | | |
|  | MALDONADO, FRANCISCO | 3770.00 | | |
|  | SANCHEZ, OFELIA | 3770.00 | | |
|  | URENA, MARCOS | 1885.00 | | |
|  | URENA, MARTIN | 1885.00 | | |
|  | VARGAS, LUIS A | 1885.00 | | |
|  | VARGAS, SATURNINO | 3770.00 | | |
|  | VAZQUEZ, ANDRES | 3770.00 | | |
|  | VAZQUEZ, JOSE | 6500.00 | | |

Page No. 1 of 1   Total this page only...... 31005.00
If first page, enter grand totals of all pages..................... 31005.00

Contact information (see instructions)
Name: JOANN HEINRICH
Daytime telephone number: 914-949-2990

For office use only
Postmark
Received date

Mail to: NYS EMPLOYMENT TAXES
PO BOX 4119
BINGHAMTON NY 13902-4119

AMS

1 NYSATT1   NTF 2575992   Copyright 2011 Greatland/Nelco – Forms Software Only

**FUTA/SUTA Summary for 3rd Quarter Ending 09/30/2012**

```
10/10/2012                      Rpt A,1   Page  1                         11:23:20

    Payer: J.V.CAR WASH,LTD.                         State: NY

                      Hours        Total        SUTA         SUTA         FUTA         FUTA
  Employee Name      Worked        Wages      Taxable       Exempt      Taxable       Exempt

  FRANCISCO ROMAN      0.00      1885.00      1885.00         0.00      1885.00         0.00
  FRANCISCO, HILA      0.00      1885.00      1885.00         0.00      1885.00         0.00
  MALDONADO, FRAN      0.00      3770.00       960.00      2810.00         0.00      3770.00
  SANCHEZ, OFELIA      0.00      3770.00       960.00      2810.00         0.00      3770.00
  URENA, MARCOS        0.00      1885.00      1885.00         0.00      1885.00         0.00
  URENA, MARTIN        0.00      1885.00      1885.00         0.00      1885.00         0.00
  VARGAS, LUIS AL      0.00      1885.00      1885.00         0.00      1885.00         0.00
  VARGAS, SATURNI      0.00      3770.00       960.00      2810.00         0.00      3770.00
  VAZQUEZ, ANDRES      0.00      3770.00       960.00      2810.00         0.00      3770.00
  VAZQUEZ, JOSE        0.00      6500.00         0.00      6500.00         0.00      6500.00

  Total    10          0.00     31005.00     13265.00     17740.00      9425.00     21580.00
```

| NYS-45-ATT (2/11) | Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return–Attachment | |
|---|---|---|


61110816

**Withholding identification number:**

**Employer legal name:**
J.V.CAR WASH,LTD.

Mark an X in the applicable box(es):
A. Original **X**   or   Amended return

| | Jan 1 – Mar 31 | Apr 1 – Jun 30 | July 1 – Sep 30 | Oct 1 – Dec 31 | Tax year |
|---|---|---|---|---|---|
| | 1 | **X** 2 | 3 | 4 | 11 YY |

B. Other wages only reported on this page ......
C. Seasonal employer ......

**Annual wage and withholding totals**
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

**Quarterly employee/payee wage reporting information**
(Do not enter negative numbers in columns c, d, and e; see instructions)

| a Social security number | b Last name, first name, middle initial | c UI remuneration paid this quarter | d Gross federal wages or distribution (see instr.) | e Total NYS, NYC, and Yonkers tax withheld |
|---|---|---|---|---|
| | FRANCISCO GARCIA,DIONIS | 1859.00 | | |
| | FRANCISCO ROMAN,LUIS | 2314.00 | | |
| | FRANCISCO,HILARIO | 3120.00 | | |
| | MALDONADO,FRANCISCO | 1859.00 | | |
| | URENA,MARCOS | 3120.00 | | |
| | URENA,MARTIN | 1885.00 | | |
| | VARGAS,SATURNINO | 5200.00 | | |
| | VAZQUEZ,ANDRES | 1300.00 | | |
| | VAZQUEZ,JOSE | 6500.00 | | |

Page No. 1 of 1   **Total this page only** .............. 27157.00
**If first page, enter grand totals of all pages** ........................... 27157.00

| Contact information (see instructions) | Name | Daytime telephone number |
|---|---|---|

For office use only
Postmark      Received date      Mail to: **NYS EMPLOYMENT TAXES**
                                        **PO BOX 4119**
                                        **BINGHAMTON NY 13902-4119**      AMS

1 **NYSATT1**   NTF 2575586   Copyright 2011 Greatland/Nelco – Forms Software Only

| NYS-45-ATT (5/10) | **Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return–Attachment** |  61010819 |
|---|---|---|

Withholding identification number: 8

**Employer legal name:**
J.V.CAR WASH,LTD.

Mark an **X** in the applicable box(es):
A. Original **X**   or   Amended return

| Jan 1 – Mar 31 | Apr 1 – Jun 30 | July 1 – Sep 30 | Oct 1 – Dec 31 | Tax year |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 **X** | 10 YY |

B. Other wages only reported on this page.......
C. Seasonal employer.......................

**Annual wage and withholding totals**
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

**Quarterly employee/payee wage reporting information**
(Do not enter negative numbers in columns c, d, and e; see instructions)

| a Social security number | b Last name, first name, middle initial | c UI total remuneration/ gross wages paid this quarter | d Gross federal wages or distribution (see instr.) | e Total NYS, NYC, and Yonkers tax withheld |
|---|---|---|---|---|
| | FRANCISCO GARCIA,DIONIS | 1859.00 | 7436.00 | 64.48 |
| | FRANCISCO ROMAN,LUIS | 2314.00 | 6942.00 | 48.36 |
| | FRANCISCO,HILARIO | 3120.00 | 12480.00 | 322.40 |
| | MALDONADO,FRANCISCO | 1859.00 | 7436.00 | 36.92 |
| | URENA,MARCOS | 3120.00 | 12480.00 | 322.40 |
| | URENA,MARTIN | 7540.00 | 7540.00 | 19.76 |
| | VARGAS,SATURNINO | 5200.00 | 20800.00 | 869.44 |
| | VAZQUEZ,ANDRES | 1300.00 | 5200.00 | 0.00 |
| | VAZQUEZ,JOSE | 6500.00 | 50363.19 | 1346.80 |

Page No. 1 of 1   Total this page only............. 32812.00   130677.19   3030.56
If first page, enter grand totals of all pages.................. 32812.00   130677.19   3030.56

Contact information (see instructions)   Name            Daytime telephone number

For office use only
Postmark        Received date

Mail to: NYS EMPLOYMENT TAXES
PO BOX 4119
BINGHAMTON NY 13902-4119

AMS

0 NYSATT1   NTF 2574815A   Copyright 2010 Greatland/Nelco – Forms Software Only