EXHIBIT B

■ **NYS–45–ATT** **Quarterly Combined Withholding, Wage Reporting**
(2/13) **And Unemployment Insurance Return–Attachment**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
61320819

Withholding identification number: _____

Mark an **X** in the applicable box(es):

**A.** Original  **X**  **or**  Amended return

| Jan 1–<br>Mar 31 | Apr 1–<br>Jun 30 | July 1–<br>Sep 30 | Oct 1–<br>Dec 31 | Year | **13** |
|---|---|---|---|---|---|
| **1** | **X** **2** | **3** | **4** | | **Y Y** |

Employer legal name:
WEBSTER HAND CAR WASH CORP.

**B.** Other wages only reported on this page . . . . . .

**C.** Seasonal employer . . . . . . . . . . . . . . . . . . . . .

**Quarterly employee/payee wage reporting information**
(**Do not** enter negative numbers in columns c, d, and e; see instructions)

**Annual wage and withholding totals**
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

| a Social<br>security number | b   Last name, first name, middle initial | c Total UI<br>remuneration<br>paid this quarter | d Gross federal wages<br>or distribution<br>(see instr.) | e Total NYS, NYC,<br>and Yonkers tax<br>withheld |
|---|---|---|---|---|
| | CRUZ,DONALD J | 3770.00 | | |
| | DE JESUS RAMIREZ,AROLDO | 1885.00 | | |
| | GOMEZ,JOSUE | 3770.00 | | |
| | GUZMAN RAMOS,DILECCIO | 1885.00 | | |
| | GUZMAN,RAMIREZ | 3770.00 | | |
| | JIMENES,JOSE | 3770.00 | | |
| | SANCHEZ,SANTO C | 1885.00 | | |
| | VAZQUEZ,JOSE | 5200.00 | | |
| | VAZQUEZ,VICTOR | 2827.50 | | |

Page No. **1** of **1** **Total this page only** . . . . . .  28762.50
**If first page, enter grand totals**
**of all pages** . . . . . . . . . . . . . . . . . . . . .  28762.50

■

| Contact<br>information<br>(see instructions) | Name<br>JOANN HEINRICH | Daytime telephone number<br>914–949–2990 |
|---|---|---|

For office use only
Postmark _____   Received date _____

Mail to: **NYS EMPLOYMENT CONTRIBUTIONS AND TAXES**
**PO BOX 4119**
**BINGHAMTON NY 13902-4119**

AMS

■

3  **NYSATT1**   NTF 2577910   Copyright 2013 Greatland/Nelco – Forms Software Only

## FUTA/SUTA Summary for all Quarters in 2013

07/18/2013                     Rpt A,1   Page   1                          10:12:18

Payer: WEBSTER HAND CAR WASH CORP.              State: NY

| Employee Name | Hours Worked | Total Wages | SUTA Taxable | SUTA Exempt | FUTA Taxable | FUTA Exempt |
|---|---|---|---|---|---|---|
| CRUZ, DONALD JE | 0.00 | 7540.00 | 7540.00 | 0.00 | 7000.00 | 540.00 |
| DE JESUS RAMIRE | 0.00 | 3770.00 | 3770.00 | 0.00 | 3770.00 | 0.00 |
| GOMEZ, JOSUE | 0.00 | 7540.00 | 7540.00 | 0.00 | 7000.00 | 540.00 |
| GUZMAN RAMOS, D | 0.00 | 3770.00 | 3770.00 | 0.00 | 3770.00 | 0.00 |
| GUZMAN, RAMIREZ | 0.00 | 7540.00 | 7540.00 | 0.00 | 7000.00 | 540.00 |
| JIMENES, JOSE | 0.00 | 7540.00 | 7540.00 | 0.00 | 7000.00 | 540.00 |
| SANCHEZ, SANTO | 0.00 | 3770.00 | 3770.00 | 0.00 | 3770.00 | 0.00 |
| VAZQUEZ, JOSE | 0.00 | 10400.00 | 8500.00 | 1900.00 | 7000.00 | 3400.00 |
| VAZQUEZ, VICTOR | 0.00 | 5655.00 | 5655.00 | 0.00 | 5655.00 | 0.00 |
| Total     9 | 0.00 | 57525.00 | 55625.00 | 1900.00 | 51965.00 | 5560.00 |

NYS–45–ATT
(8/11)

**Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return–Attachment**



61120815

Withholding identification number:

Employer legal name:

WEBSTER HAND CAR WASH CORP.

Mark an X in the applicable box(es):

**A.** Original  X  or  Amended return

| Jan 1 –<br>Mar 31 | Apr 1 –<br>Jun 30 | July 1 –<br>Sep 30 | Oct 1 –<br>Dec 31 | Tax<br>year |
|---|---|---|---|---|
| 1 | 2 | 3 | X  4 | 11  Y Y |

**B.** Other wages only reported on this page. . . . . . .

**C.** Seasonal employer. . . . . . . . . . . . . . . . . . . . .

### Quarterly employee/payee wage reporting information
(**Do not** enter negative numbers in columns c, d, and e; see instructions)

### Annual wage and withholding totals
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

| a Social security number | b  Last name, first name, middle initial | c Total UI remuneration paid this quarter | d Gross federal wages or distribution (see instr.) | e Total NYS, NYC, and Yonkers tax withheld |
|---|---|---|---|---|
| | CRUZ,DONALD J | 3600.61 | 14402.44 | 269.36 |
| | GARCIA,JUAN R | 3735.16 | 14940.64 | 422.24 |
| | JIMENES,JOSE | 4550.00 | 18200.00 | 708.76 |
| | SANTOS,RAFAEL L | 1859.00 | 7436.00 | 36.92 |
| | VAZQUEZ,JOSE | 5200.00 | 20800.00 | 970.32 |
| | VAZQUEZ,VICTOR | 3120.00 | 12480.00 | 180.44 |

| Page No.  1 of  1 | **Total this page only** . . . . . . | 22064.77 | 88259.08 | 2588.04 |
|---|---|---|---|---|
| | **If first page, enter grand totals of all pages** . . . . . . . . . . . . . . . . . . . . | 22064.77 | 88259.08 | 2588.04 |

| Contact information (see instructions) | Name  JOANN HEINRICH | Daytime telephone number  914-949-2990 |
|---|---|---|

For office use only
Postmark

Received date

Mail to: **NYS EMPLOYMENT TAXES**
**PO BOX 4119**
**BINGHAMTON NY 13902-4119**

AMS

1  **NYSATT1**    NTF 2575992    Copyright 2011 Greatland/Nelco – Forms Software Only