EXHIBIT C

## FUTA/SUTA Summary for all Quarters in 2013

```
07/17/2013                    Rpt A,1   Page   1                          15:50:13
```

Payer: HARLEM HAND CAR WASH INC.                    State: NY

| Employee Name | Hours Worked | Total Wages | SUTA Taxable | SUTA Exempt | FUTA Taxable | FUTA Exempt |
|---|---|---|---|---|---|---|
| ALMONTE DIAZ, J   | 0.00 | 7540.00  | 7540.00  | 0.00    | 7000.00 | 540.00  |
| CORNIEL, RICHAR   | 0.00 | 3770.00  | 3770.00  | 0.00    | 3770.00 | 0.00    |
| DE LEON, JULIAN   | 0.00 | 7540.00  | 7540.00  | 0.00    | 7000.00 | 540.00  |
| FEDRICH, ADOLFO   | 0.00 | 9100.00  | 8500.00  | 600.00  | 7000.00 | 2100.00 |
| FRANCISCO, LORE   | 0.00 | 7540.00  | 7540.00  | 0.00    | 7000.00 | 540.00  |
| REYES, FRANCISC   | 0.00 | 7540.00  | 7540.00  | 0.00    | 7000.00 | 540.00  |
| RODRIGUEZ GOMEZ   | 0.00 | 7540.00  | 7540.00  | 0.00    | 7000.00 | 540.00  |
| RODRIGUEZ, VICT   | 0.00 | 7540.00  | 7540.00  | 0.00    | 7000.00 | 540.00  |
| URENA, MIGUELIT   | 0.00 | 7540.00  | 7540.00  | 0.00    | 7000.00 | 540.00  |
| VAZQUEZ, JOSE     | 0.00 | 12400.00 | 8500.00  | 3900.00 | 7000.00 | 5400.00 |
| Total    10       | 0.00 | 78050.00 | 73550.00 | 4500.00 | 66770.00 | 11280.00 |

| NYS-45-ATT (8/11) | **Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return–Attachment** |  61220812 |

Withholding identification number:

Employer legal name:
**HARLEM HAND CAR WASH INC.**

Mark an X in the applicable box(es):
A. Original **X**   or   Amended return

| Jan 1 – Mar 31 | Apr 1 – Jun 30 | July 1 – Sep 30 | Oct 1 – Dec 31 | Tax year |
|---|---|---|---|---|
| 1 | **X** 2 | 3 | 4 | 12 YY |

B. Other wages only reported on this page........

C. Seasonal employer.......................

**Annual wage and withholding totals**
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

**Quarterly employee/payee wage reporting information**
(Do not enter negative numbers in columns c, d, and e; see instructions)

| a Social security number | b Last name, first name, middle initial | c Total UI remuneration paid this quarter | d Gross federal wages or distribution (see instr.) | e Total NYS, NYC, and Yonkers tax withheld |
|---|---|---|---|---|
| | ALMONTE DIAZ, JUAN R | 1885.00 | | |
| | ALVAREZ CARRION, RAMON M | 3770.00 | | |
| | FRANCISCO, LORENZO | 1885.00 | | |
| | RODRIGUEZ GOMEZ, DOMINGO | 1885.00 | | |
| | RODRIGUEZ, VICTOR M | 3770.00 | | |
| | VASQUEZ, VICTOR | 8000.00 | | |
| | VAZQUEZ, JOSE | 6200.00 | | |

Page No. 1 of 1   Total this page only...... 27395.00
If first page, enter grand totals of all pages ................ 27395.00

For office use only
Postmark
Received date

Contact information (see instructions)
Name: **JOANN HEINRICH**
Daytime telephone number: **914-949-2990**

Mail to: NYS EMPLOYMENT TAXES
PO BOX 4119
BINGHAMTON NY 13902-4119

AMS

1 NYSATT1   NTF 2575992   Copyright 2011 Greatland/Nelco – Forms Software Only

## FUTA/SUTA Summary for 2nd Quarter Ending 06/30/2012

07/18/2012                           Rpt A,1   Page   1                                   16:07:26

Payer: HARLEM HAND CAR WASH INC.                State: NY

| Employee Name | Hours Worked | Total Wages | SUTA Taxable | SUTA Exempt | FUTA Taxable | FUTA Exempt |
|---|---|---|---|---|---|---|
| ALMONTE DIAZ, J | 0.00 | 1885.00 | 1885.00 | 0.00 | 1885.00 | 0.00 |
| ALVAREZ CARRION | 0.00 | 3770.00 | 3770.00 | 0.00 | 3230.00 | 540.00 |
| BUELTO, GREGORY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANCISCO, LORE | 0.00 | 1885.00 | 1885.00 | 0.00 | 1885.00 | 0.00 |
| RODRIGUEZ GOMEZ | 0.00 | 1885.00 | 1885.00 | 0.00 | 1885.00 | 0.00 |
| RODRIGUEZ, VICT | 0.00 | 3770.00 | 3770.00 | 0.00 | 3230.00 | 540.00 |
| VASQUEZ, VICTOR | 0.00 | 8000.00 | 8000.00 | 0.00 | 7000.00 | 1000.00 |
| VAZQUEZ, JOSE | 0.00 | 6200.00 | 2300.00 | 3900.00 | 800.00 | 5400.00 |
| Total   8 | 0.00 | 27395.00 | 23495.00 | 3900.00 | 19915.00 | 7480.00 |

| NYS-45-ATT (2/11) | Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return–Attachment |  61110816 |

Withholding identification number:

Employer legal name:
HARLEM HAND CAR WASH INC.

Mark an X in the applicable box(es):
A. Original  X   or   Amended return

| Jan 1 – Mar 31 | X | Apr 1 – Jun 30 | | July 1 – Sep 30 | | Oct 1 – Dec 31 | | Tax year | 11 |
| 1 | | 2 | | 3 | | 4 | | | YY |

B. Other wages only reported on this page........

C. Seasonal employer.........................

**Annual wage and withholding totals**
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

**Quarterly employee/payee wage reporting information**
(Do not enter negative numbers in columns c, d, and e; see instructions)

| a Social security number | b Last name, first name, middle initial | c UI remuneration paid this quarter | d Gross federal wages or distribution (see instr.) | e Total NYS, NYC, and Yonkers tax withheld |
|---|---|---|---|---|
| | ALMONTE DIAZ, JUAN R | 1885.00 | | |
| | ALVAREZ CARRION, RAMON M | 4641.13 | | |
| | BUELTO, GREGORY A | 1885.00 | | |
| | FRANCISCO, LORENZO | 3120.00 | | |
| | RODRIGUEZ GOMEZ, DOMINGO | 3714.10 | | |
| | RODRIGUEZ, VICTOR M | 4641.13 | | |
| | VAZQUEZ, JOSE | 6200.00 | | |

Page No.  1 of  1  Total this page only............. 26086.36
If first page, enter grand totals
of all pages ........................... 26086.36

Contact information (see instructions)    Name                Daytime telephone number

For office use only
Postmark        Received date        Mail to: NYS EMPLOYMENT TAXES
                                     PO BOX 4119
                                     BINGHAMTON NY 13902-4119                AMS

1 NYSATT1   NTF 2575586   Copyright 2011 Greatland/Nelco – Forms Software Only