EXHIBIT D



# New Jersey Division of Revenue

On-Line WR30 Filing Service

Revenue | NJBGS

## Employee Listing

VIEW ONLY. WR30 was submitted on Monday July 22, 2013, Confirmation #: 346159405722

DO NOT FILE AS PAPER

Quarter: 2/2013 Taxpayer ID: ___ Name: BAYWAY CAR WASH INC.

| Social Security # | Name | Delete | Salary | Base Weeks |
|---|---|---|---|---|
| | SANCHEZ OFELIA | D | $0.00 | 00 |
| | SANTOS RAFAEL LAJARA | N | $3,770.00 | 13 |
| | RODRIGUEZ ROSARIO JOSE | D | $0.00 | 00 |
| | CAMILO MOLINA JORGE L | N | $1,885.00 | 13 |
| | FRANCISCO ROMA ANGEL D | D | $0.00 | 00 |
| | RODGRIGUEZ JOSE | N | $1,885.00 | 13 |
| | FRANCISCO REYE WILLIAM R | D | $0.00 | 00 |
| | CRUZ DONALD JESUS | D | $0.00 | 00 |
| | RODRIGUEZ NELSON | N | $1,885.00 | 13 |
| | URENA LUIS E | N | $1,885.00 | 13 |
| | VAZQUEZ JOSE | N | $5,200.00 | 13 |
| | VAZQUEZ VICTOR | N | $1,885.00 | 13 |
| | VYLEZHNINA IRINA | D | $0.00 | 00 |
| | SANTANA GONZALEZ JULIO C | N | $3,770.00 | 13 |
| | PLASENCIA RAFAEL | N | $3,770.00 | 13 |
| Totals | 09 | | $25,935.00 | 117 |

Return | Help

```
                    FUTA/SUTA Summary for 2nd Quarter Ending 06/30/2012
===============================================================================
07/18/2012                         Rpt A,1  Page   1                   14:45:00

   Payer: BAYWAY CAR WASH INC                    State: NJ

                      Hours       Total        SUTA        SUTA       FUTA         FUTA
   Employee Name      Worked      Wages      Taxable      Exempt    Taxable      Exempt
   ----------------   ------    --------    --------    --------   --------    --------
   CAMILO MOLINA,       0.00     1885.00     1885.00        0.00    1885.00        0.00
   CRUZ, DONALD JE      0.00     1885.00     1885.00        0.00    1885.00        0.00
   FRANCISCO REYES      0.00        0.00        0.00        0.00       0.00        0.00
   FRANCISCO ROMAN      0.00        0.00        0.00        0.00       0.00        0.00
   RODRIGUEZ ROSAR      0.00        0.00        0.00        0.00       0.00        0.00
   SANTOS, RAFAEL       0.00     3770.00     3770.00        0.00    3230.00      540.00
   VAZQUEZ, JOSE        0.00     5200.00     5200.00        0.00    1800.00     3400.00
   VAZQUEZ, VICTOR      0.00     3770.00     3770.00        0.00    3230.00      540.00
   VYLEZHNINA, IRI      0.00    11340.00    11340.00        0.00       0.00    11340.00
                               ---------   ---------   ---------  ---------   ---------
   Total     9          0.00    27850.00    27850.00        0.00   12030.00    15820.00
```

| | Name Ctrl | Syn Code | Quarter End | Page No. | of | |
|---|---|---|---|---|---|---|
| | BAYW | | 06-30-2012 | 1 | 1 | |

BAYWAY CAR WASH INC
622 S BROAD STREET
ELIZABETH, NJ 07202-2602

** DO NOT FILE WITH **
STATE OF NEW JERSEY
EMPLOYER REPORT OF WAGES PAID

WR-30

| Soc Sec No. | Employee | Gross Wages | Base Wks. |
|---|---|---|---|
| | CAMILO MOLINA, JORGE L | 1885.00 | 0 |
| | CRUZ, DONALD JESUS | 1885.00 | 0 |
| | SANTOS, RAFAEL LAJARA | 3770.00 | 0 |
| | VAZQUEZ, JOSE | 5200.00 | 13 |
| | VAZQUEZ, VICTOR | 3770.00 | 0 |
| | VYLEZHNINA, IRINA | 11340.00 | 0 |

Total Employees    6    Total Gross Wages    27850.00    6

DO NOT FILE WITH STATE

(Signature)    (Title)    (Date)    (Telephone)



# New Jersey Division of Revenue

## On-Line WR30 Filing Service

Revenue | NJBGS

### Employee Worksheet
Any changes made were saved.
Page: 1 of 1

Quarter: 2/2012  Taxpayer ID: ███████████  Name: BAYWAY CAR WASH INC.

| Social Security # | Name | Delete | Wages Paid | Base Weeks |
|---|---|---|---|---|
| | SANCHEZ OFELIA | Delete | $0.00 | 00 |
| | SANTOS RAFAEL LAJARA | Delete | $3,770.00 | 13 |
| | RODRIGUEZ ROSARIO JOSE | Delete | $0.00 | 00 |
| | CAMILO MOLINA JORGE L | Delete | $1,885.00 | 13 |
| | FRANCISCO ROMAN ANGEL | Delete | $0.00 | 00 |
| | FRANCISCO REYES WILLIAM | Delete | $0.00 | 00 |
| | CRUZ DONALD JESUS | Delete | $1,885.00 | 13 |
| | VAZQUEZ JOSE | Delete | $5,200.00 | 13 |
| | VAZQUEZ VICTOR | Delete | $3,770.00 | 13 |
| | VYLEZHNINA IRINA | Delete | $11,340.00 | 13 |

[ Save Your Changes ]

[ First Screen ]  [ Previous Screen ]  [ Next Screen ]  [ Last Screen ]

[ Add New Employees ]  [ View Employee List ]  [ Submit WR30 ]

[ Help ]  [ Email the Division ]  [ Return to Processing Center ]  [ Logout ]