EXHIBIT E



## Invoice 00000275

### GLIPTONE OF WESTCHESTER

34 Glenwood Road, Harrison, NY
Email: PATM31161@HOTMAIL.COM
Phone: 718-781-2957

Date: Sep 3, 2013
Due Date: Sep 4, 2013
Last Modified: Sep 4, 2013
07:53 AM

**To: WEBSTER HAND CAR WASH**
2669 WEBSTER AVE, BRONX NY 10458

| Product or Service | Qty / Hours | Price / Rate | Total |
| --- | --- | --- | --- |
| **SW05 5GALLON SPRAY WAX** | 1.00 | 69.00 | 69.00 |
| **DUST05 5 GALLON RIM CLEANER** | 1.00 | 65.00 | 65.00 |
| **GT35755 555GAL DRUM SHNE/BLUE** | 1.00 | 390.00 | 390.00 |
| | | **Net Total** | **$524.00** |
| | | **Grand Total** | **$524.00** |

Comments
C.O.D PLEASE NOTE :: ANY INVOICE PAID BY CREDIT CARD IS SUBJECT TO 3% CREDIT CARD FEE

Terms & Conditions
Unless otherwise agreed in writing by the supplier all invoices are payable at delivery. Currency of the invoice, drawn on a bank based in US or by such other method as is agreed in advance by the Supplier. All prices are not inclusive of VAT which shall be payable in addition by the Customer at the applicable rate.

## CHEMCO OF Q.M.B
### "Your *Gliptone* Distributor"
998 C Old Country Road Suite 101
Plainview N.Y. 11803
Cell: 516-881-1881 Off: 516-513-0275

DATE _____

CUSTOMER'S
ORDER NO. _____   PHONE NUMBER ( ___ ) ___-____
NAME: Harlem Hand Carwash
ADDRESS: 2600 Adam Clayton Blvd
N.Y. N.Y. 10039

(All claims and returned goods MUST be accompanied by this bill.)

| Sold By | Cash | Charge | C.O.D. | On Acct. | Mdse.Retd. | Paid Out |
|---------|------|--------|--------|----------|------------|----------|

| Quan. | Description | Price | Amount |
|-------|-------------|-------|--------|
| 1 | 55 Gal. Drum Shineola Blue | 390— | 390 00 |
| 1 | 5 gal. Spray wax | 69— | 69 00 |
| 1 | 5 gal. Dust Off | 65— | 65 00 |
|   |             |       | 524 00 |
|   |             |       |        |
|   |             |       |        |
|   |             |       |        |
|   |             |       |        |
|   |             |       | 524 00 |

Rec'd by _____

# CHEMCO OF Q.M.B
## "Your *Gliptone* Distributor"
998 C Old Country Road Suite 101
Plainview N.Y. 11803
Cell: 516-881-1881 Off: 516-513-0275

DATE _____

CUSTOMER'S ORDER NO. _____

PHONE NUMBER: (201) 282-4976

NAME: J.V. Carwash Corp

ADDRESS: 4778 Broadway, NY NY 10034

(All claims and returned goods MUST be accompanied by this bill.)

| Sold By | Cash | Charge | C.O.D. | On Acct. | Mdse. Retd. | Paid Out |
|---------|------|--------|--------|----------|-------------|----------|

| Quan. | Description | Price | Amount |
|-------|-------------|-------|--------|
| 1 | 55 gal. Drum Shineola Blue | 390.— | 390.00 |
| 1 | 5 gal. spray wax | $69.— | 69.00 |
| 1 | 5 gal. dustoff | 65.— | 65.00 |
| | | | 524.00 |
| | | | |
| | | | 524.00 |

Rec'd by _____