# EXHIBIT F



PO Box 1367
1600 West Elizabeth Ave
Linden, NJ 07036
www.jobe-industries.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/3/2013 | 203972 |



www.dafna-auto.com

**Bill To**

Bayway Car Wash Inc
622 S Broad St
Elizabeth, NJ 07202

**Ship To**

Bayway Car Wash Inc
622 S Broad St
Elizabeth, NJ 07202

| P.O. No. | Terms | CC digits | Ship Date | Due Date | Account # | Rep | Ship Via |
|---|---|---|---|---|---|---|---|
|  | NET 30 DAYS |  | 9/3/2013 | 10/3/2013 | 110800 |  | Crystal |

| Description | Qty | Cost per unit | Amount |
|---|---|---|---|
| 55 gallon drum Acidex | 1 | 368.50 | 368.50 |
| 5 gallon pail Tire gel | 1 | 66.00 | 66.00 |
| Minimum Charge-FREIGHT | 1 | 40.00 | 40.00 |

Ask us about "Bio-Sudz" Readily Biodegradable Products

| | |
|---|---|
| Subtotal | $474.50 |
| Sales Tax (7.0%) | $0.00 |
| Payments/Credits | $0.00 |
| Balance Due | $474.50 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 800-222-5623 | 908-862-1039 | sales@jobe-industries.com | www.jobe-industries.com |



# Jobe Industries Inc.
## Who We Are





Jobe knows car washing! Established in 1950, our extensive research and many years of experience have enabled us to focus on formulating quality products consistently. This, in turn, allows our customers to get the cleanest and brightest vehicles that money can buy. We strive for quality products and service with economy in mind. We believe you deserve no less!

## We are family!

Jobe is a family owned and operated company. In these days of corporate mass produced mega stores and carbon copy attempts to simulate the service of a mom and pop company, Jobe is the real thing. Our families involvement in all aspects of our operation coupled with over 50 years of experience allows you to deal with people who really know the car washing business - without the corporate razzle dazzle.

## The Bottom Line

Very Simply - We manufacture products of consistently high quality at an economical price coupled with service that is second to none.