EXHIBIT G

# STRAIGHT BILL OF LADING

Carrier No. _____

Shipper No. _____ **104114**

_____ (handwritten, illegible)

(Name of Carrier)          SCAC          Date  5/24/13

FROM:

TO:

**Consignee** Bronart Corp (handwritten)

**Street** 47-78 Brittany (handwritten)

**Destination** NY          **Zip** NY 10030 (handwritten)

**Shipper**

**Street**

**Origin**

**WIPE-TEX INTERNATIONAL CORP.**
**110 EAST 153RD STREET**
**BRONX, NEW YORK 10451**

Route

Vehicle Number

| No. Shipping Units | *HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Class Or Rate | Check Column | Charges |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | 3/80 lbs ctn (white towel) | | | | |
| | | towels | | | | |
| | | 1/6 2 ply 707 | | | | |
| | | | | | | |
| 277 | | | | | | |
| 180 | | | | | | |
| 97 | | | | | | $277.00 |

**REMIT C.O.D. TO: ADDRESS**

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property hereby specifically stated by the shipper to be not exceeding

$_____ per_____

* This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_____ Signature

**COD**   Amt: $_____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

**C.O.D. FEE:**
PREPAID ☐
COLLECT ☐   $_____

**TOTAL CHARGES:** $_____

If charges are to be prepaid, write or stamp here, "To be Prepaid."

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Shipping Order, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed by the shipper and accepted for himself and his assigns.

**SHIPPER**

**WIPE-TEX INTERNATIONAL CORP.**
110 EAST 153RD STREET
BRONX, NEW YORK 10451

**CARRIER**

**PER**

**PER** _____ **DATE** _____    **DATE** _____

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF THE CODE OF FEDERAL REGULATIONS.

☐ ORIGINAL- NOT NEGOTIABLE- MUST BE SIGNED BY AGENT

☐ SHIPPING ORDER- RETAINED BY AGENT

☐ MEMORANDUM- FOR ACKNOWLEDGEMENT, FILING OR RECORD

240151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Ronard Lora, et al.,

                                    Civ. No. 11-9010 (LLS)

                Plaintiffs,


        -v-


J.V. Car Wash, Ltd., et al.,


                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

---

## NOTICE OF MOTION TO DISMISS, WITH AFFIDAVIT
## OF JOSE VASQUEZ, TOGETHER WITH EXHIBITS

---

**LOUIS J. MAIONE, ESQ.**
**Attorney at Law**
**444 E. 57th Street, 6th Fl.**
**New York, NY 10022**
**(917) 549-5693**

---

Pursuant to 22NYCRR 130-1.1 the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: _____          Signature: _____

                                Printed Name: LOUIS J. MAIONE

---

PLEASE TAKE NOTICE

_____    that the within is a (certified) true copy of a reply affirmation
        Entered in the office of the clerk of the within named Court on_____
_____   that an Order of which the within is a true copy will be presented the
Before Hon.                         , one of the judges of the within named Court, at        Dated: