ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

RONARD LORA, HUGO RIVERA, MARCO
ANTONIO DIAZ, MELVIN LORA, EDUARDO
LORA, GIOVANNI PAULINO, JOSE
RODRIGUEZ, and JOSE RODOLFO
RODRIGUEZ-TINEO, individually and on
behalf of others similarly situated,

            Plaintiffs,        11 Civ. 9010 (LLS)

     - against -            ORDER

J.V. CARWASH, LTD., BORADWAY HAND
CARWASH CORP., WEBSTER HAND CAR WASH
CORP., HARLEM HAND CAR WASH CORP.,
BAYWAY HAND CAR WASH CORP., JOSE
VAZQUEZ, SATURINO VARGAS, JOSE
JIMENEZ, RAMON PEREZ, DOMINGO "DOE"
ADOLFO FEDERUS, originally sued as
ADOLFO "DOE," and JOHN DOES 1-10,

            Defendants.
------------------------------------X

    Counsel having appeared before me today and having agreed to the following provisions, it is ORDERED that

    (1) On or before January 13, 2014, Defendants shall submit to Plaintiffs their responses to Plaintiffs' requests to admit;

    (2) Plaintiffs may depose Mr. Vasquez on January 22, 23, and 24, 2014;

    (3) Defendants may depose Plaintiffs for up to two hours per plaintiff on January 28, 29, 30, and 31, 2014;

    (4) On or before February 10, 2014, Plaintiffs shall submit to Defendants a draft pre-trial order;

(5) On or before February 28, 2014, Defendants shall respond to Plaintiffs' draft pre-trial order in accordance with Rule 3(A)(2) of my individual practices;

(6) On or before March 5, 2014, at noon, the parties shall submit to chambers a joint pre-trial order, proposed voir dire questions, proposed jury charges, trial briefs and proposed verdict forms; and

(7) A final pre-trial conference will be held on March 7, 2014 at 11:00 A.M.

No extensions of these deadlines will be allowed except upon a showing of good cause not foreseeable at the date of this order.

Failure to comply with the terms of this order may constitute grounds for denial of requested relief, dismissal of the action or of defenses, the entry of judgment by default, or such other actions as may be just in the circumstances.

So ordered.

Dated: New York, New York
       December 16, 2013

_Louis L. Stanton_
LOUIS L. STANTON
U.S.D.J.