UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/14

LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

March 14, 2014

Laura Longobardi, Esq.
Steven Arenson, Esq.
Arenson Dittmar & Karban
295 Madison Avenue, Suite 700
New York, NY 10017

Louis Maione, Esq.
444 East 57th Street, 6th Floor
New York, NY 10022

Re:   Lora et al v. J.V. Car Wash, Ltd. et al, 11 Civ. 9010 (LLS)

Dear Counsel,

In light of some statements in Mr. Maione's March 10, 2014 letter (particularly on p. 3 "I am compelled to withdraw as counsel to the Defendants in this matter"), and to avoid any possible surprise, I draw your attention to Local Civil Rule 1.4:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien. All applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties.

Mr. Maione's letter might be treated as such an application, but obviously the situation is still developing.

Yours sincerely,

*Louis L. Stanton*

Louis L. Stanton