lmaionelaw.com
louisjmaione3@gmail.com
Admitted NY; NJ



USDC SDNY
DOCUMENT (917) 549-5693
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/14

ORIGINAL

# LAW OFFICES OF LOUIS J. MAIONE

## 444 E. 57th Street, 6th FL.

## New York, N.Y. 10022

RECEIVED IN CHAMBERS
OF LOUIS L. STANTON

MAR 21 2014

UNITED STATES DISTRICT JUDGE

**BY HAND**

Honorable Louis L. Stanton. U.S.D.J.
United States District Court
Southern District of New York, Room 2250
N.Y., N.Y. 10007

March 20, 2014

**MEMO ENDORSED**   Re: **Lora v. J.V. Car Wash**; 11-Civ.-9010

Dear Judge Stanton:

In connection with the above-captioned litigation, I have been presented with a letter from a psychiatrist/medical doctor who presently is treating my client, Jose L. Vazquez ("Vazquez"), one of the defendants in the above-captioned matter, who, as the Court may be aware, suffers from bi-polar disorder.

I am providing the letter from Dr. Leon Valbrun ("Valbrun") to the Court, **in camera**, since my client strictly has prohibited me from presenting it to my adversaries until the Court has reviewed it, and given HIPAA regulations, as I understand them, I would be precluded from doing so without my client's explicit permission. Nonetheless, I have alerted my adversaries, Laura Longobardi and Steven Arenson, that I would be forwarding Dr. Valbrun's letter to the Court and I am copying them on this transmittal absent the letter.

As the Court can see (please pardon the copy but this is the best to which I have been provided), Dr. Valbrun suggests that the clinical nature of Mr. Vazquez' illness makes it difficult to stabilize him, and recommends approximately six (6) months for a meaningful recovery. Consequently, Mr. Vazquez seeks an adjournment of the trial until he may recover enough to adequately defend himself.

> Mr. Vazquez must either reveal the letter to Ms. Longobardi or forego his application for an adjournment.   Louis L. Stanton  3/24/14

I assume that my adversaries will respond to my letter and if a conference is necessary or required by the Court, I am available on March 24th, 25th, and 26th at the Court's convenience.

Thank you for your patience and attention to this matter.

N.Y., N.Y.

Yours, etc.,

Louis J. Maione, Esq.

cc: L. Longobardi, Esq. (by email, w/o encl.)
R. Passamano, Esq. (by email, w/o encl.)
R. Ferro, Esq. (by email, w/o encl.)
J. Vazquez (by email)

Enclosure