UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONARD LORA, HIGO RIVERA, MARCO ANTONIO DIAZ, MELVIN LORA, EDUARDO LORA, GIOVANNI PAULINO, JOSE RODRIGUEZ, and JOSE RODOLFO RODRIGUEZ-TINEO, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

J.V. CAR WASH, LTD., BROADWAY HAND, CARWASH CORP., WEBSTER HAND CAR WASH CORP., HARLEM HAND CAR WASH, INC., BAYWAY HAND CAR WASH CORP., JOSE VASQUEZ, SATURNINO VARGAS, JOSE JIMENEZ, RAMON PEREZ, DOMINGO "DOE", ALDOLFO FEDERUS, originally sued as ADOLDO "DOE", and JOHN DOES 1-10,

Defendants.

Case No. 11 Civ. 9010 (LLS)

---

## CONSENT TO BECOME A PARTY PLAINTIFF UNDER THE FAIR LABOR STANDARDS ACT

I, **Victor Molina-Rodriguez** am an employee formerly employed by **Webster Hand Car Wash**, and/or related entities. I consent to be a plaintiff in the above-captioned action to collect unpaid wages.

Dated: New York, New York
   09/19, 2014

_/s/ Victor Molina_

Sworn to before me this 19
day of 09 2014.

_/s/_
Notary Public

PETER H. COOPER
Notary Public, State of New York
No. 02CO5059941
Qualified in NEW YORK County
Commission Expires MAY 6, 2018