LAW OFFICES

# ARENSON, DITTMAR & KARBAN

295 MADISON AVENUE
SUITE 700
NEW YORK, N.Y. 10017

**FACSIMILE**
(212) 490-7102

**TELEPHONE**
(212) 490-3600

December 22, 2014

**BY ECF**
The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Ronard Lora, et al., v. J.V. Car Wash, Ltd., et al.*, No. 11-CV-9010 (LLS) (AJP)

Dear Judge Peck:

In accordance with the December 10, 2014 Order for Settlement Conference, we write to advise the Court that the following persons will be attending the settlement conference on December 23, 2014, at 2:00 p.m.

| | |
|---|---|
| Plaintiffs: | Ronard Lora; Marco Antonio Diaz; Melvin Lora; Giovanni Paulino; Jose Rodolfo Rodriguez-Tineo; Ramon Alvarez; Margarito Gallardo; Braulio Flores Matamoros; Robertico Perez Olmos; Michel Rodriguez; Francisco Guerrero; Rojas Corona Valerio; and Ramiro Rodriguez del Pilar. |

These are thirteen of the remaining sixteen Plaintiffs. As we previously advised the Court, Plaintiffs Hugo Rivera, Denis Rene Barahona and Jose Antonio Pichardo are unable to be present at this conference. We have full authority to attend and negotiate on their behalf, and we will be able to reach each of them by telephone.

Additionally, the following people will be attending on behalf of the Plaintiffs:

| | |
|---|---|
| Translators: | Frank Araujo and Brenda Bowen. |
| Counsel: | Steven Arenson, Esq., and Laura E. Longobardi, Esq. |
| Creditors' Committee Counsel: | Tracy L. Klestadt, Esq. |

We look forward to meeting with you tomorrow.

Respectfully,

*Steven Arenson*

Steven Arenson

SA:
cc: Wendy J. Mellk, Esq. (by ECF)
Daniel M. Stolz, Esq. (by electronic mail)
Stacy L. Meisel, Esq. (by electronic mail)