**jackson lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

DIRECT DIAL: (212) 545-4073
EMAIL ADDRESS: MELLKW@JACKSONLEWIS.COM

December 22, 2014

**VIA ECF**
The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    Ronard Lora and Hugo Rivera v. J.V.
              Car Wash, Ltd. etc.
              Index No. 11 CIV 9010

Dear Magistrate Judge Peck:

      In accordance with the December 10, 2014 Order for Settlement Conference, we write to advise the Court that the following persons will be attending the settlement conference on December 23, 2014, at 2:00 p.m.

      Defendants: Jose Vasquez
      Chapter 11 Trustee for Debtors: Donald Biase
      Chapter 11 Trustee for Mr. Vazquez: Donald Conway
      Special Counsel: Wendy Mellk, Esq., and Lori A. Jablczynski, Esq.
      Chapter 11 Trustees' Counsel: Daniel Stolz, Esq. and Stacey Meisel, Esq.
      Translator:    Nancy Adler

We look forward to tomorrow's conference.

              Very truly yours,

              JACKSON LEWIS P.C.

              s/Wendy J. Melk
              Wendy J. Mellk

cc (via ECF): Steve Arenson, Esq.
                Laura Longobardi, Esq.