LAW OFFICES

# ARENSON, DITTMAR & KARBAN

295 MADISON AVENUE

NEW YORK, N.Y. 10017

FACSIMILE
(212) 490-7102

TELEPHONE
(212) 490-3600

January 15, 2015

**BY ECF**
The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/16/15

Re:   *Ronard Lora, et al., v. J.V. Car Wash, Ltd., et al.*, No. 11-CV-9010 (LLS)

Dear Judge Peck:

We represent the Plaintiffs in the above-referenced action.

I respectfully request that the date by which counsel must report to the Court regarding the attorneys' fees and costs in this case be extended from January 15, 2015 to January 29, 2015.

I have not yet been able to speak with Defendants' counsel regarding this request.

This is the first request for an extension of time regarding this deadline.

Respectfully,

Steven Arenson

SA:

cc: Wendy J. Mellk, Esq. by ECF)
    Daniel Stolz, Esq. (by electronic mail)
    Stacey Meisel, Esq. (by electronic mail)

**MEMO ENDORSED** 1/16/15
APPROVED.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Copy By ECF