

Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| | | | |
|---|---|---|---|
| Jackson Lewis P.C. | ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| 666 Third Avenue | ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| New York, New York 10017 | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Tel 212 545-4000 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Fax 212 972-3213 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| www.jacksonlewis.com | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

DIRECT DIAL: (212) 545-4073
EMAIL ADDRESS: MELLKW@JACKSONLEWIS.COM

January 30, 2015

<u>VIA ECF</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __1/30/15__

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Ronard Lora and Hugo Rivera v. J.V.
      Car Wash, Ltd. etc.
      <u>Index No. 11 CIV 9010</u>

Dear Magistrate Judge Peck:

        We are Special Litigation Counsel to the Chapter 11 Bankruptcy Trustees for the four Car Wash Defendants (J.V. Car Wash, Ltd., Harlem Hand Carwash Corp., Webster Hand Car Wash Corp. and Bayway Hand Car Wash Corp.) and individual Defendant Jose Vasquez in the above referenced matter. We write to request a second extension of time to report back to the Court regarding the parties' negotiations concerning attorneys' fees and costs in relation to the settlement of this matter.   The Trustees have been focused on obtaining approval for the parties' settlement and the hearing before the Bankruptcy Court with regard to the settlement is scheduled for today.   The parties intend to engage in discussions concerning the fees and costs over the next two weeks.   Accordingly, we respectfully request that the parties' time to report back to the Court with regard to attorneys' fees and costs be extended to February 12, 2015.

**MEMO ENDORSED** 1/30/15

Approved - let's get this done!

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Respectfully submitted,

JACKSON LEWIS PC

Wendy J. Mellk

BY ECF

cc:   Steven Arensen, Esq. (via ECF)
      Laura Longobardi, Esq. (via ECF)