# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:      (212) 805-7933
Telephone No.:  (212) 805-0036

<u>Dated</u>:  <u>February 17, 2015</u>        <u>Total Number of Pages</u>:2

**MEMO ENDORSED:**

Plaintiff attorney fee motion due 3/3, defendant opposition due 3/17, and plaintiff reply due 3/24/15.

Copies <u>by ECF</u> to:  All Counsel
                  Judge Stanton

Representing Management Exclusively in Workplace Law and Related Litigation

**jackson lewis**

Attorneys at Law

| | | | |
|---|---|---|---|
| Jackson Lewis P.C. | ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| 666 Third Avenue | ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| New York, New York 10017 | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Tel 212 545-4000 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Fax 212 972-3213 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| www.jacksonlewis.com | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

MY DIRECT DIAL IS: 212-545-4073
MY EMAIL ADDRESS IS: MELLKW@JACKSONLEWIS.COM

**MEMO ENDORSED** 2/17/15

**VIA ECF**

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Re:   Ronard Lora and Hugo Rivera v. J.V.
Car Wash, Ltd. etc.
Index No. 11 CIV 9010

Dear Magistrate Judge Peck:

As you are aware, we are Special Litigation Counsel to the Chapter 11
Bankruptcy Trustees for the four Car Wash Defendants (J.V. Car Wash, Ltd., Harlem Hand
Carwash Corp., Webster Hand Car Wash Corp. and Bayway Hand Car Wash Corp.) and
individual Defendant Jose Vasquez in the above referenced matter. The Trustees appreciate the
Court's offer to conduct a settlement conference with regard to the issue of attorneys' fees and
costs. However, in an effort to not waste the Court's and counsel's time, the Trustees believe it
would be best for Plaintiffs' counsel to move forward with their application for attorneys' fees
and costs before District Judge Stanton.

Respectfully,

JACKSON LEWIS LLP

Wendy J. Mellk

WJM/mac

cc   Laura Longobardi, Esq.
Steven Arensen Esq.