LAW OFFICES

# ARENSON, DITTMAR & KARBAN

**295 MADISON AVENUE**
**SUITE 700**
**NEW YORK, N.Y. 10017**

FACSIMILE
(212) 490-7102

TELEPHONE
(212) 490-3600

February 24, 2015

**BY ECF**

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Ronard Lora, et al., v. J.V. Car Wash, Ltd., et al.*, No. 11-CV-9010 (LLS) (AJP)

Dear Judge Peck:

      After discussions with Wendy J. Mellk, Esq., Special Litigation Counsel to the Chapter 11 Trustees for the Car Wash Defendants and Defendant Jose Vazquez in the above-referenced matter, we write to request an extension of the briefing schedule set by Your Honor's February 17, 2015 Memo Endorsed Order. That Order originally set March 3, 2015, as the date by which the Plaintiffs are to file their motion for attorneys' fees, with March 17, 2015, as the date for the Defendants' opposition and March 24, 2015, as the date for the Plaintiffs' reply.

      Ms. Mellk has consented to this request, and to the proposed briefing schedule, which takes into account the vacation schedules of counsel, as well as the Passover and Easter holy days:

| | |
|---|---|
| Plaintiffs' Motion for Attorneys' Fees: | March 30, 2015 |
| Defendants' Opposition: | April 27, 2015 |
| Plaintiffs' Reply: | May 11, 2015 |

      There have been no previous requests for an extension of this schedule.

      We thank the Court for its consideration of this request.

                                        Respectfully,

                                        Steven Arenson

SA:
cc:   Wendy J. Mellk, Esq. (by ECF)
        Daniel M. Stolz, Esq. (by electronic mail)
        Stacy L. Meisel, Esq. (by electronic mail)