UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**RONARD LORA, HUGO RIVERA, MARCO ANTONIO DIAZ, MELVIN LORA, EDUARDO LORA, GIOVANNI PAULINO, JOSE RODRIGUEZ, and JOSE RODOLFO RODRIGUEZ-TINEO, individually and on behalf of others similarly situated,**

                  Plaintiffs,

- against -

**J.V. CAR WASH, LTD., BROADWAY HAND CARWASH CORP., WEBSTER HAND CAR WASH CORP., HARLEM HAND CAR WASH CORP., BAYWAY HAND CAR WASH CORP., JOSE VAZQUEZ, SATURINO VARGAS, JOSE JIMENEZ, RAMON PEREZ, DOMINGO "DOE," ADOLFO FEDERUS, originally sued as ADOLFO "DOE," and JOHN DOES 1-10,**

                  Defendants.

11 Civ. 9010 (LLS)(AJP)

**ORDER**

Pursuant to Federal Rules of Civil Procedure 54(d)(2)(D) and 72(b), plaintiffs' motion for attorney's fees is respectfully referred to the Honorable Andrew J. Peck, United States Magistrate Judge, for his consideration, report and recommendation.

So ordered.

Dated:    New York, New York
           May 18, 2015

                                            *Louis L. Stanton*
                                          LOUIS L. STANTON
                                              U.S.D.J.