**ORIGINAL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RONARD LORA, HUGO RIVERA,
MARCO ANTONIO DIAZ, MELVIN LORA,
EDUARDO LORA, GIOVANNI PAULINO,
JOSE RODRIGUEZ, and
JOSE RODOLFO RODRIGUEZ-TINEO,
individually and on behalf of all others similarly situated,

Index No. 11-CV-9010 (LLS)

**JUDGMENT FOR ATTORNEYS' FEES AND COSTS**

Plaintiffs,

- against –

J.V. CAR WASH, LTD.,
BROADWAY HAND CARWASH CORP.,
WEBSTER HAND CAR WASH CORP.,
HARLEM HAND CAR WASH INC.,
BAYWAY HAND CAR WASH CORP.,
JOSE VAZQUEZ, SATURNINO VARGAS,
JOSE JIMENEZ, RAMON PEREZ, DOMINGO "DOE,"
ADOLFO FEDERUS, originally sued as ADOLFO "DOE,"
and JOHN DOES 1-10,

Defendants.
------------------------------------------------------------------x

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

Final judgment is entered in favor of Plaintiffs' counsel, Arenson, Dittmar & Karban, against Defendants J.V. Car Wash, LTD., Broadway Hand Car Wash Corp., Webster Hand Car Wash Corp., Harlem Hand Car Wash Corp., Bayway Hand Car Wash Corp. and Jose Vazquez, jointly and severally, for $1,214,431.86 in attorney's fees, $112,050.36 in costs and $24,445.83 in attorneys fee's incurred in responding to defendants' objections to the report and recommendation of the Honorable Andrew J. Peck, United States Magistrate Judge, for a total sum of $1,350,928.05.

So Ordered, Enter Judgment.

Dated: New York, New York, **Jan. 4, 2016**

*Louis L. Stanton*

Hon. Louis L. Stanton, U.S.D.J.

Judgment entered _____, 2015